

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellant

v.

Veatrice **COOK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

On November 1, 2018, State Farm Mutual Automobile Insurance Co. filed a petition for permission to appeal an interlocutory order pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure. No response was filed to the petition.

The petition for permission to appeal is GRANTED. A notice of appeal is deemed to have been filed on the date of this order, and the appeal will be governed by the rules for accelerated appeals. TEX. R. APP. P. 28.3(k).

The clerk's record and reporter's record must be filed in this appeal on or before **January 3, 2019.**

The clerk of this court is instructed to file a copy of this order with the trial court clerk and to provide a copy of the order to the court reporter responsible for preparing the reporter's record for this appeal. *See id.*

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court